# Third District Court of Appeal

## State of Florida

Opinion filed July 20, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2406
Lower Tribunal Nos. DOAH Case No. 19-5536,  FCHR Case No.
2019-16475, FCHR Order No. 21-071

_____

**Selwyn Titus,**

Appellant,

vs.

**Miami-Dade County,**

Appellee.


An Administrative Appeal from the Florida Commission on Human Relations.

Selwyn Titus, in proper person.

Geraldine Bonzon-Keenan, Miami-Dade County Attorney, and William X. Candela, Assistant County Attorney, for appellee.


Before EMAS, LOGUE, and LINDSEY, JJ.

PER CURIAM.

Affirmed.